UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DENISE RAYNOLDS-MORRIS, | No. ED CV 15-2280-DOC (DFM) |
| Plaintiff, | Order Accepting Final Report and Recommendation of United States Magistrate Judge |
| v. | |
| TRAVIS BUELL et al., | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint and first amended complaint, the records on file, and the Final Report and Recommendation of the assigned United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Final Report and Recommendation to which objections have been made.

///
///
///
///
///
///
///

IT IS HEREBY ORDERED that:

1. The Report and Recommendation is approved and accepted.
2. Defendants' motion to dismiss is granted.
3. Judgment shall be entered dismissing this case with prejudice.

Dated: April 26, 2016

*/s/ David O. Carter*

DAVID O. CARTER
United States District Judge