JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| DENISE RAYNOLDS-MORRIS, | No. ED CV 15-02280-DOC (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| TRAVIS BUELL et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: April 26, 2016

*/s/ David O. Carter*

DAVID O. CARTER
United States District Judge